UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSUE DAVID SARAVIA SARAVIA, §<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>HECTOR C. RAMIREZ, §<br>PERRY GARCIA, §<br>MIGUEL VERGARA, §<br>TODD LYONS, §<br>KRISTI NOEM, §<br>and PAMELA JO BONDI, §<br>*Defendant.* § | Civil No. 5:25-cv-00184 |

## ORDER

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on October 17, 2025. Dkt. No. 1. Petitioner lists Hector Ramirez, Peggy Garcia, Miguel Vergara, Todd Lyons, Kristi Noem, and Pamela Jo Bondi as Respondents. *Id.* Upon its review of the Petition, the Court **ORDERS** Respondents to file a response and serve their response on Petitioner no later than twenty days after receipt of service. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, he may do so within seven days after Respondents file their responses. S. Dist. Tex. L.R. 7.3.

Furthermore, the Clerk of Court is **DIRECTED** to serve copies of the Petition, Dkt. No. 1, and this Order on Respondents via certified mail. Respondent Hector C. Ramirez or his designee may be served at 101 Courthouse Square, Cotulla, Texas 78014. Respondent Warden Perry Garcia or his designee may be served at 832 East Texas Highway

44, Encinal, Texas 78019.  Respondent Miguel Vergara or his designee may be served at Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, 1777 NE Loop 410, Suite 1500, San Antonio, Texas 78217.  Respondent Todd Lyons or his designee may be served at 500 12th St., SW, Washington, D.C. 20356.  Respondent Kristi Noem or her designee may be served at 245 Murray Lane, SW, Mail Stop 0485, Washington, D.C. 20528.  Respondent Pamela Jo Bondi or her designee may be served at U.S. Department of Justice, Attn: Pam Bondi, 950 Pennsylvania Ave, NW, Washington, D.C. 20530.

All parties must also be served through the United States Attorney for the Southern District of Texas.  Fed. R. Civ. P. 4(i)(1)–(2).  Therefore, the Clerk of Court is further **DIRECTED** to serve a copy of the Petition, Dkt. No. 1, and this Order on the United States Attorney's Office for the Southern District of Texas, Laredo Division, by certified mail at United States Attorney's Office, Attn: Hector Ramirez, Chief of the Civil Division, at 11204 McPherson Rd., Suite 100A Laredo, Texas 78045.

Additionally, due to the time sensitivity of these proceedings, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five days** before any such transfer is to occur.

IT IS SO ORDERED

Signed this October 20, 2025, in Laredo, Texas.

_____
Diana Song Quiroga
United States Magistrate Judge