United States District Court
Southern District of Texas
**ENTERED**
November 17, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **JOSUE DAVID SARAVIA SARAVIA,** § | |
| § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. 5:25-CV-184 |
| § | |
| **HECTOR C. RAMIREZ, ET AL.,** § | |
| § | |
| Respondents. § | |

## ORDER

Before the Court is Respondents' Opposed Motion to Dismiss Petition for Writ of Habeas Corpus as Moot and Status Report. (Dkt. No. 18). Respondents argue that the petition should be dismissed because Petitioner has been released from custody. (*Id*. at 2).

Generally, a party has 21 days to file a response to an opposed motion. *See* S.D. Tex. L.R. 7.3 & 7.4.A. However, "[t]he Court may in its discretion, on its own motion or upon application, entertain and decide any motion, shorten or extend time periods, and request or permit additional authority or supporting material." S.D. Tex. L.R. 7.8; *Molina v. Equistar Chemicals LP*, 261 F. App'x 729, 734 n.3 (5th Cir. 2008) (citing to former Southern District of Texas Local Rule 7.3 for the proposition that the Court may shorten the 21-day motion response deadline).

The Court now **ORDERS** Petitioner to respond to Respondents' Opposed Motion to Dismiss Petition for Writ of Habeas Corpus as Moot, (Dkt. No. 18), by **November 19, 2025**.

It is so **ORDERED**.

**SIGNED** on November 17, 2025.

John A. Kazen
United States District Judge