United States District Court
Southern District of Texas
**ENTERED**
December 22, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **JOSUE DAVID SARAVIA SARAVIA,** | § | |
| Petitioner, | § § § | |
| v. | § | CIVIL ACTION NO. 5:25-CV-184 |
| **HECTOR C. RAMIREZ, ET AL.,** | § § § | |
| Respondents. | § § | |

## ORDER

Before the Court is Respondents' Opposed Motion to Dismiss Petition for Writ of Habeas Corpus as Moot. (Dkt. No. 18). Petitioner filed a response to the motion to dismiss, asserting that the petition is not moot because Petitioner's detention is capable of repetition yet evading review. (Dkt. No. 25).

Accordingly, Respondents are **ORDERED** to file reply briefing regarding Petitioner's arguments that the petition should not be dismissed by **January 5, 2026**.

It is so **ORDERED**.

**SIGNED** on December 22, 2025.

_____
John A. Kazen
United States District Judge