Case 5:25-cv-00184   Document 35   Filed 01/15/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOSUE DAVID SARAVIA SARAVIA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:25-CV-184 |
| | § | |
| HECTOR C. RAMIREZ, ET AL., | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court is Respondents' Opposed Motion to Dismiss Petition for Writ of Habeas Corpus as Moot. (Dkt. No. 18). Petitioner filed a response to the motion to dismiss, asserting that the petition is not moot because Petitioner's detention is capable of repetition yet evading review. (Dkt. No. 25). Respondents filed a reply. (Dkt. No. 34).

In his response, Petitioner stated that "on December 1, 2025, the BIA issued a briefing schedule on Respondents' bond appeal whereby Respondents are given until December 22, 2025, to file their brief, and Mr. Saravia is given until January 12, 2026, to file his brief." (Dkt. No. 25 at 4).

Accordingly, the parties are **ORDERED** to file an advisory updating the Court on the status of any appeal or briefing filed with the BIA by **January 22, 2026**.

It is so **ORDERED**.

**SIGNED** on January 15, 2026.

John A. Kazen
United States District Judge